BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Cymbalta Products Liability Litigation          MDL Docket No. 99 (Pending)

NOTICE OF ERRATA RE
SCHEDULE OF ACTIONS AND PROOF OF SERVICE

    Plaintiffs hereby file a Notice of Errata regarding the previously filed Schedule of Actions and Proof of Service on MDL Temporary Docket No. 99.

    The Schedule of Actions listed a case (Veronica Lister) that was previously dismissed, and that is withdrawn in Exhibit 1 attached, Amended Schedule of Actions.

    The Proof of Service did not contain defense counsel for 21 recently filed cases which defendants have not appeared yet, as the Summons and Complaint have not been served.  The Amended Proof of Service corrects that with the addition of defendant Eli Lilly's corporate office, Exhibit 2.

DATED:  August 19, 2014
            Los Angeles, California

                                         **BAUM, HEDLUND, ARISTEI &
                                         GOLDMAN, P.C.**

                                           /s/ R. Brent Wisner
                                         Michael L. Baum, Esq.
                                         CA Bar No. 119511
                                         mbaum@baumhedlundlaw.com
                                         R. Brent Wisner, Esq.
                                         CA Bar No. 276023
                                         rbwisner@baumhedlundlaw.com

                                         12100 Wilshire Blvd., Suite 950
                                         Los Angeles, CA 90025
                                         Tel:  (310) 207-3233
                                         Fax:  (310) 820-7444

                                         Harris L. Pogust
                                         T. Matthew Leckman
                                         POGUST BRASLOW &

MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA  19428
hpogust@pbmattorneys.com
mleckman@pbmattorneys.com

*Attorney for Plaintiffs:*

Thomas Seagroves and Ute Seagroves
Sidney Carter
Erin Hexum and Nick Hexum
Claudia Herrera and Peter Lowry
Jesse McDowell
Peggy Barrett and Roger Barrett
Deborah Caporale and George Caporale
Anita Hollowell and Edward Hollowell
Kerry O'Shea and Sharlene O'Shea
Deanna Cheshier
Carl Woodruff and Penny Woodruff
Elisa Wheeler and James Wheeler
Kelly Cheney
Heather Laica-Bhoge and Alberto Bhoge
Douglas Gollin and Lynn Gollin
Sandra Couch
Johnson Fairbanks
Karen Boling and Joseph Boling
Eric McCabe
Shelly Harris
Elizabeth Whitworth
Mark Williams
Gregory Mayes
Donna Loux
Melissa Rossero
Karen Wagner
Adam Streeter

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Errata with Exhibits was served by First Class Mail on August 19, 2014, to the following:

**USDC, Eastern District of Pennsylvania**
601 Market Street
Philadelphia, PA 19106
**Veronica Lister, E.D. PA, Case No. 2:13-cv-03019-SD (Case Dismissed)**

**Michael X Imbroscio**
**Phyllis A Jones**
**Brett C Reynolds**
**Emily S Ullman**
**Frank Chadwick Morris**
**Jaclyn E Martinez Resly**
**Kathleen E Paley**
Covington & Burling LLP - Washington, DC
1201 Pennsylvania Ave. NW
Washington, DC 20044-7566
202-662-5694
Fax: 202-778-5694
Email: mimbroscio@cov.com
**Attorney for Eli Lilly and Company**
**Thomas and Ute Seagroves, Dist. of Arizona, Case No. 2:13-cv-01183**
**Sidney Carter, C.D. California, Case No. 13-cv-2700**
**Erin Hexum and Nick Hexum, C.D. California, Case No 13-cv-2701**
**Claudia Herrera and Peter Lowry, C.D. California, Case No 13-cv-2702**
**Jesse McDowell, S.D. New York, Case No. 1:13-cv-03786**

**Eli Lilly and Company World Headquarters**
Lilly Corporate Center
Indianapolis, Indiana 46285 USA
Phone: +1-317-276-2000
**Defendant (Cases not yet served)**
**Peggy Barrett and Roger Barrett, C.D. CA (Eastern Div.), Case No. 5:14-cv-1675**
**Deborah Caporale and George Caporale, C.D. CA, (Eastern Div.), Case No. 5:14-cv-1662**
**Anita Hollowell and Edward Hollowell, C.D. CA (Eastern Div.), Case No. 5:14-cv-01663**
**Kerry O'Shea and Sharlene O'Shea, C.D. CA (Southern Div.), Case No.8:14-cv-1274**
**Deanna Cheshier, E.D. CA (Fresno Div.), Case No. 1:14-cv-01265**
**Carl Woodruff and Penny Woodruff, E.D. CA, (Sacramento Div.), Case No. 2:14-cv-01890**
**Elisa Wheeler and James Wheeler, S.D. CA, Case No. 3:14-cv-01882**
**Kelly Cheney, Colorado District, Case No.1:14-cv-2249**
**Heather Laica-Bhoge and Alberto Bhoge, M.D. Florida, Case No. 6:14-cv-01286**
**Douglas Gollin and Lynn Gollin, S.D. Florida, Case No.14-cv-61810**
**Sandra Couch, N.D. Georgia, Case No. 1:14-cv-02564**

**Johnson Fairbanks, W.D. Louisiana, Case No. 1:14-cv-2469**
**Karen Boling and Joseph Boling, Maryland District, Case No. 8:14-cv-2554**
**Eric McCabe, Minnesota District, Case No. 0:14-cv-03132**
**Elizabeth Whitworth, E.D. North Carolina, Case No. 5:14-cv-00459**
**Mark Williams, E.D. North Carolina, Case No. 5:14-cv-00460**
**Gregory Mayes, N.D. Ohio, Case No. 4:14-cv-01759**
**Donna Loux and Gregory Loux, District of Oregon, Case No. 3:14-cv-01287**
**Melissa Rossero, W.D., Pennsylvania (Pittsburgh Div.), Case No. 14-cv-1084**
**Karen Wagner, E.D., Washington District, Case No. 2:14-cv-00270**
**Adam Streeter, W.D. Wisconsin, (Madison), Case No. 3:14-cv-00555**

DATED:  August 19, 2014
             Los Angeles, California

                                        **BAUM, HEDLUND, ARISTEI &**
                                        **GOLDMAN, P.C.**

                                          /s/ R. Brent Wisner
                                        Michael L. Baum, Esq.
                                        CA Bar No. 119511
                                        mbaum@baumhedlundlaw.com
                                        R. Brent Wisner, Esq.
                                        CA Bar No. 276023
                                        rbwisner@baumhedlundlaw.com

                                        12100 Wilshire Blvd., Suite 950
                                        Los Angeles, CA 90025
                                        Tel:  (310) 207-3233
                                        Fax:  (310) 820-7444

                                        Harris L. Pogust
                                        T. Matthew Leckman
                                        POGUST BRASLOW &
                                        MILLROOD, LLC
                                        Eight Tower Bridge, Suite 1520
                                        161 Washington Street
                                        Conshohocken, PA  19428
                                        hpogust@pbmattorneys.com
                                        mleckman@pbmattorneys.com

                                        *Attorney for Plaintiffs:*

                                        Thomas Seagroves and Ute Seagroves
                                        Sidney Carter
                                        Erin Hexum and Nick Hexum
                                        Claudia Herrera and Peter Lowry

5

Jesse McDowell
Peggy Barrett and Roger Barrett
Deborah Caporale and George Caporale
Anita Hollowell and Edward Hollowell
Kerry O'Shea and Sharlene O'Shea
Deanna Cheshier
Carl Woodruff and Penny Woodruff
Elisa Wheeler and James Wheeler
Kelly Cheney
Heather Laica-Bhoge and Alberto Bhoge
Douglas Gollin and Lynn Gollin
Sandra Couch
Johnson Fairbanks
Karen Boling and Joseph Boling
Eric McCabe
Shelly Harris
Elizabeth Whitworth
Mark Williams
Gregory Mayes
Donna Loux
Melissa Rossero
Karen Wagner
Adam Streeter